# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 10-1967-JST(JEMx) | Date | June 20, 2011 |
|---|---|---|---|
| Title | DAVID E. PAP, et al. v. NEW CENTURY MORTGAGE CORP., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Ellen Matheson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE LACK OF PROSECUTION
RETURNABLE: JUNE 27, 2011

     The parties are HEREBY ORDERED to show cause in writing for their failure to participate in a Court-ordered settlement conference before the assigned attorney settlement officer. The parties are ordered to file a response to this Order to Show Cause no later than June 27, 2011. The filing of a joint status report shall be deemed a sufficient response.

                                                                                                                                                                                      :

Initials of Preparer   enm